UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: NEXGEN CAPITAL PARTNERS, LLC    §    Case No. 12-09316
                                       §
                                       §
                                       §
Debtor(s)                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 04/08/2014 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: __/ /_____   By: /s/ Norman B. Newman_____
                                                                  Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: NEXGEN CAPITAL PARTNERS, LLC § Case No. 12-09316
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 70.21 |
| *leaving a balance on hand of* [1] | $ 7,429.79 |

**Balance on hand:** $ 7,429.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,429.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 1,500.00 | 0.00 | 646.38 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 13,366.50 | 0.00 | 5,759.88 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 54.60 | 0.00 | 23.53 |

Total to be paid for chapter 7 administration expenses: $ 6,429.79
Remaining balance: $ 1,000.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,000.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,000.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 175,309.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DLA Piper LLP (US) | 175,309.64 | 0.00 | 1,000.00 |

Total to be paid for timely general unsecured claims: $ 1,000.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-09316-PSH
NexGen Capital Partners, LLC                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dpruitt              Page 1 of 2              Date Rcvd: Mar 12, 2014
                               Form ID: pdf006            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2014.
```
db         +NexGen Capital Partners, LLC,    Two First National Plaza,    20 S. Clark St., Suite 2650,
             Chicago, IL 60603-1854
19321276   +Benjamin E Lawrence,    4911 N Wolcott St Unit 3B,    Chicago, IL 60640-3341
19321274   +Booth School of Business,    450 N Cityfront Plaza Dr,    Chicago, IL 60611-5502
19321266   +Christopher M Pries,    4340 N Sheridan Rd #3,    Chicago, IL 60613-1415
19347117    DLA Piper LLP (US),    Attn Richard M Kremem, Partner,    6225 Smith Avenue,
             Baltimore, MD 21209-3600
19321273   +Daniel Gaffney & Assoc LLC,    5245 N Winthrop Ave #300N,    Chicago, IL 60640-2314
19321268   +David E Brown,    2012 W St Paui Ave #103,    Chicago, IL 60647-5583
19321280   +Dennis D Spice,    5008 W Bluebill,    Champaign, IL 61822-9512
19321267   +Emma Laria c/o Mary L Laria,    850 W Adams St, Apt 6C,    Chicago, IL 60607-3086
19321270   +Eric J Rosiak,    8122 Kooy Drive,    Munster, IN 46321-1842
19321272   +Flinn Consultatns,    707 Skokie Blvd, Suite 200,    Northbrook, IL 60062-2841
19321269   +Grant Thorton LLP,    175 W Jackson Blvd,    Chicago, IL 60604-2687
19600562   +Lawrence C. Manson, Jr.,    c/o Sugar Felsenthal Grais & Hammer LLP,    30 N. LaSalle St.,
             Ste. 3000,    Chicago, IL 60602-3481
19321260   +Mary Dwyer Pembroke,    851 Trotting Court,    Great Falls, VA 22066-1336
19321262   +Mary L Laria,    850 W. Adams St, Apt 6C,    Chicago, IL 60607-3086
19321265   +McDermott Will & Emory LLP,    227 W Monroe Street,    Chicago, IL 60606-5096
19321259   +NexGen Holdings, LLC,    P.O. Box 578301,    Chicago, IL 60657-7305
19321275   +RSM McGladrey Inc,    1 South Wacker Dr #800,    Chicago, IL 60606-4650
19321264   +Randall L Haaf,    1710 Seasons Ridge Blvd,    Evansville, IN 47715-6518
19321281   +Richard W Snodgrass,    1117 E Barberry,    Mount Prospect, IL 60056-1459
19321263    Timothy J Sullivan,    632 Scottsvale Lane,    Chicago, IL 60604
19321277   +Topel Forman LLC,    500 N Michigan Ave #1700,    Chicago, IL 60611-3751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19321278    +E-mail/PDF: bk@worldacceptance.com Mar 13 2014 01:09:01     CT Corporation,
             208 S LaSalle St #814,    Chicago, IL 60604-1101
19321261     E-mail/Text: cio.bncmail@irs.gov Mar 13 2014 00:50:56     Internal Revenue Service,
             ACS Support Stop 8136,    PO Box 145566,    Cincinnati, OH 45250
                                                                                             TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19321279     Delaware Sec of State c/o,    The Corporation Trust Co,    1209 Orange Street, Wimingt
19321271   ##+Allison M Coleman,    245A Collingswood Street,    San Francisco, CA 94114-2419
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2014                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2014 at the address(es) listed below:
```
          Jeffrey M Schwartz    on behalf of Trustee Norman B Newman jschwartz@muchshelist.com,
           nsulak@muchshelist.com
          Mark Melickian    on behalf of Creditor Lawrence C. Manson, Jr. mmelickian@SugarFGH.com,
           ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
          Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
           nsulak@muchshelist.com;IL83@ecfcbis.com
          Norman B Newman    on behalf of Attorney   Much Shelist, P.C. nnewman@muchshelist.com,
           nsulak@muchshelist.com;IL83@ecfcbis.com
          Norman B Newman     nnewman@muchshelist.com,   nsulak@muchshelist.com;IL83@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: Mar 12, 2014
                              Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas R. Fawkes    on behalf of Petitioning Creditor Timothy J. Sullivan tfawkes@freeborn.com, bkdocketing@freeborn.com
          Thomas R. Fawkes    on behalf of Petitioning Creditor Mary A. Laraia tfawkes@freeborn.com, bkdocketing@freeborn.com
          Thomas R. Fawkes    on behalf of Petitioning Creditor Randall L. Haaff tfawkes@freeborn.com, bkdocketing@freeborn.com

                                                                                                              TOTAL: 9