# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: NEXGEN CAPITAL PARTNERS, LLC         § Case No. 12-09316
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,000.00    Claims Discharged
                                              Without Payment: N/A

Total Expenses of Administration: $6,500.00

---

   3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,991.31 | 14,991.31 | 6,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 175,125.14 | 175,309.64 | 175,309.64 | 1,000.00 |
| **TOTAL DISBURSEMENTS** | $175,125.14 | $190,300.95 | $190,300.95 | $7,500.00 |

4) This case was originally filed under Chapter 7 on March 09, 2012. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2014          By: /s/NORMAN NEWMAN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BROKERAGE ACCOUNT | 1129-000 | 109.79 |
| PROMISSORY NOTE | 1129-000 | 3,107.69 |
| Trustee's Chp. 5 fraudulent/prefrential claims | 1249-000 | 4,282.52 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 1,500.00 | 1,500.00 | 646.38 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 54.60 | 54.60 | 23.53 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 13,366.50 | 13,366.50 | 5,759.88 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.78 | 10.78 | 10.78 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.12 | 11.12 | 11.12 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.74 | 10.74 | 10.74 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.06 | 11.06 | 11.06 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.51 | 6.51 | 6.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,991.31 | $14,991.31 | $6,500.00 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DLA Piper LLP (US) | 7100-000 | 175,125.14 | 175,309.64 | 175,309.64 | 1,000.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $175,125.14 | $175,309.64 | $175,309.64 | $1,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-09316  
**Case Name:** NEXGEN CAPITAL PARTNERS, LLC  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 03/09/12 (f)  
**§341(a) Meeting Date:** 09/20/12  

**Period Ending:** 05/09/14  

**Claims Bar Date:** 11/29/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BROKERAGE ACCOUNT | 109.79 | 109.79 | | 109.79 | FA |
| 2 | STOCK & INTEREST-NEXGEN CAPITAL ADVISORS, LLC<br>  Abandon pursuant to Order entered on 8/29/13. | 0.00 | 0.00 | OA | 0.00 | FA |
| 3 | STOCK & INTEREST-NEXGEN CAPITAL INVESTORS, LLC<br>  Abandon pursuant to Order entered on 8/29/13. | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | STOCK & INTEREST-NEXGEN CAPITAL CONSULTANTS, LLC<br>  Abandon pursuant to Order entered on 8/29/13. | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | STOCK & INTEREST-NEXGEN CAPITAL VENTURES, LLC<br>  Abandon pursuant to Order entered on 8/29/13. | 0.00 | 0.00 | OA | 0.00 | FA |
| 6 | STOCK & INTEREST-NEXGEN CAPITAL PARTNERS, LLC<br>  Abandon pursuant to Order entered on 8/29/13. | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | PROMISSORY NOTE | 3,107.69 | 3,107.69 | | 3,107.69 | FA |
| 8 | Trustee's Chp. 5 fraudulent/prefrential claims  (u) | 0.00 | Unknown | | 4,282.52 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$3,217.48** | **$3,217.48** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

This was a involuntary Chapter 7 case.  Reviewed financial reports, license agreements and pre-petition business activities.  Awaiting possible offer from former principal for Trustee's interest in all assets.  Filing motion to approve sale of assets to related entity.

**Initial Projected Date Of Final Report (TFR):**    May 31, 2013          **Current Projected Date Of Final Report (TFR):**    March 11, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-09316  
**Case Name:** NEXGEN CAPITAL PARTNERS, LLC  

**Taxpayer ID #:** **-***3985  
**Period Ending:** 05/09/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********35 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/14/13 | | NEXGEN HOLDINGS LLC | | | | 7,500.00 | | 7,500.00 |
| | {1} | | Brokerage Account | 109.79 | 1129-000 | | | 7,500.00 |
| | {7} | | Promissory Note | 3,107.69 | 1129-000 | | | 7,500.00 |
| | {8} | | Chapter 5 claims | 4,282.52 | 1249-000 | | | 7,500.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 10.00 | 7,490.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 10.78 | 7,479.22 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 11.12 | 7,468.10 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 10.74 | 7,457.36 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | | 9999-000 | | 7,457.36 | 0.00 |
| | | | ACCOUNT TOTALS | | | 7,500.00 | 7,500.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 7,457.36 | |
| | | | **Subtotal** | | | 7,500.00 | 42.64 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$7,500.00** | **$42.64** | |

{} Asset reference(s)

Printed: 05/09/2014 12:45 PM    V.13.15

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-09316  
**Case Name:** NEXGEN CAPITAL PARTNERS, LLC  
**Taxpayer ID #:** **-***3985  
**Period Ending:** 05/09/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 7,457.36 | | 7,457.36 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,447.36 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.06 | 7,436.30 |
| 02/10/14 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #12-09316, Bond #016026455 | 2300-000 | | 6.51 | 7,429.79 |
| 04/08/14 | 10102 | DLA Piper LLP (US) | Final Distribution | 7100-000 | | 1,000.00 | 6,429.79 |
| 04/08/14 | 10103 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 43.09% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 646.38 | 5,783.41 |
| 04/08/14 | 10104 | MUCH SHELIST, P.C. | Dividend paid 43.09% on $54.60, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 23.53 | 5,759.88 |
| 04/08/14 | 10105 | MUCH SHELIST, P.C. | Dividend paid 43.09% on $13,366.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,759.88 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,457.36 | 7,457.36 | $0.00 |
| Less: Bank Transfers | 7,457.36 | 0.00 | |
| **Subtotal** | 0.00 | 7,457.36 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$7,457.36** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********35** | 7,500.00 | 42.64 | 0.00 |
| **Checking # ******1166** | 0.00 | 7,457.36 | 0.00 |
| | **$7,500.00** | **$7,500.00** | **$0.00** |

{} Asset reference(s)